77,210-03    ①

"Evidentiary Hearing Requested"

| | |
|---|---|
| Ex Parte | Court of Criminal |
| Keith Stuart Cumbee | Appeals of Texas |
| Applicant, Pro Se | |

Motion to Re-hear
Writ of Habeas Corpus
007-1820-03-C
WR 77,210-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

To The Judge of Said Court:

MOTION DENIED
DATE: 3-12-15
BY: P.C.

Comes Now, Keith Stuart Cumbee, Applicant Pro Se, in the above entitled and numbered cause and submits this his "Motion to Rehear" in support of his application for Writ of Habeas Corpus and will respectfully show the following:

# Facts of the Case:

January 3, 2006
* * Sentence Imposed
* * Sentence Commenced
* Lawyer: William Brandon Baade

---

January 29, 2007
* Application to Proceed to Final Adjudication

February 1, 2007
* Order Application to Proceed to Final Adjudication

February 2, 2007
* * Alias Capias Issued
* Notice Issued

---

January 13, 2011
* Arrested

January 14, 2011
* * Order-Appointing Attorney-Reeve Jackson
* Order-Setting Hearing

Febuary 18, 2011
* Judgement \ Revocation
* Order \ Final Adjudication

March 2, 2011
* Information - Case # 007-0219-11
* Order-Appointing Attorney-Reeve Jackson
* Order-Setting Hearing - Plea \ Sentencing

March 7, 2011.
* Plea \ Sentencing

March 18, 2011
* Judgement

This Applicants February 16, 2012 and October 11, 2013 filings attacked attorney William Brandon Baade and the conviction and Sentence of January 3, 2006 and nothing else.

On the dates of:

January 29, 2007
February 1, 2007
February 2, 2007

The State took steps to withdraw from any and all agreements made with this applicant and his attorney William Brandon Baade on January 3, 2006 in a sense making those proceedings void. (10 years probation off the table.)

January 13, 2011
\* Applicant arrested

January 14, 2011

The Honorable Judge Kerry Russell appointed Austin Reeve Jackson to this applicant as counsel for the NEW proceedings i.e. Plea\Sentencing.

On February 14, 2011 this applicant and attorney Austin Reeve Jackson stood before the 7th Judicial District Court of Smith County, Texas was found guilty in cause no. 007-1820-03 Aggravated Assault and Cause no. 007-0219-11 Poss of Mari j and was sentenced to a new 12 years in the Texas Dept. Criminal Justice (See Order of Final Adjudication - Filed Feb. 18, 2011 pages 80, 81, 82 of this filing).

This Applicant argue's this is a new proceeding a new attorney with new charges added (007-0219-11) and in no way be attached to any other proceedings or filings. All factual allegations are new and tied only to the proceedings in February 2011 and attorney Austin Reeve Jackson. Thus a new conviction and this applicant's "One bite at the apple" Ex parte Whiteside 12 S.W. 3d 819, 820 (Tex Crim. App 2000); Ex parte Torres 943 S.W. 2d 469, 474 (Tex. Crim. app 1997).

## Prayer,

Wherefore, Premises Considered, this Applicant prays that the Court finds that there are many controverted unresolved facts material to the legality of Applicant's confinement, that there is a great necessity for a fact-finding hearing so that all evidence can be brought to light and this Honorable Court can reach the merits of applicants claim

Respectfully Submitted,

Keith S. Cumbee
1699482

Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas
77515

"Evidentiary Hearing Requested"